AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 07/28/2002: BJS 6/2013)

Case 3:21-cr-05005-CVB   Document 19   Filed 07/19/21   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

FILED _____ LODGED _____
_____ RECEIVED
07/19/2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Short Form) |
| ANTYWITON T. HENDERSON, JR., | CASE NUMBER: CR21-5005 |

_____James Feldman_____
Defendant's Attorney

☒ **THE DEFENDANT** pleaded guilty to  a single-count Superseding Information (Misdemeanor)

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count No.** |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13<br>R.C.W. 9A.84.030 | Disorderly Conduct | 8/31/2020 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| **Total:** | **Fine** | **Assessment** | **Processing Fee** | **Payable Within/By** |
|---|---|---|---|---|
| $10.00 | $0.00 | $10.00 | $ N/A | Within 90 days |

The Court gives credit for time served in custody on this case in the District of Tennessee.

Defendant's SSN:   XXX-XX-5586

Defendant's DOB:   XX-XX-1988

Defendant's USM No:   N/A

_Via zoom Antywiton Henderson_
Defendant's Signature

*s/ Barbara J. Sievers*
BARBARA J. SIEVERS, Assistant United States Attorney

July 19, 2021
Date of Imposition of Judgment

*Theresa L. Fricke*
Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge

7-19-2021
Date